# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAC MEDICAL, INC.,

    Plaintiff,

v.

ABAS-USA, INC.,

    Defendant.

Case No. 3:17-cv-01149-JPG-DGW

## **MEMORANDUM & ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on MAC Medical's uncontested motion to stay the litigation pending arbitration. (Doc. 17.) The Court being fully advised on the matter and for good cause shown, **IT IS HEREBY ORDERED:**

1. This case is **STAYED** pending arbitration as set forth herein;

2. The Defendant's Motion to Dismiss (Doc. 10) is found **MOOT**;

3. Pursuant to the agreement of the parties, the matter shall be arbitrated in binding arbitration and conducted pursuant to the rules and procedures of the American Arbitration Association as set forth in the agreement of the parties, said arbitration to occur in the Greater St. Louis Metropolitan Area;

4. On February 1, 2018 and every sixty (60) days thereafter, the Plaintiff shall advise the Court, by email directed to the Magistrate Judge's proposed order email address, of the progress of the arbitration. The Plaintiff shall also serve a copy of each email upon the Defendant.

**IT IS SO ORDERED.**
**DATED: November 21, 2017**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**